UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 2:21-cv-09666-VBF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed In Forma Pauperis is **DENIED** and that Judgment be entered **DISMISSING** this action without prejudice.

Dated: May 31, 2022                         /s/ Valerie Baker Fairbank
                                                        _____
                                                        HON. VALERIE BAKER FAIRBANK
                                                        United States District Judge