# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE<br>DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 2:21-cv-09666-VBF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

Dated: May 31, 2022                    /s/Valerie Baker Fairbank
                                                                    _____
                                                                    HON. VALERIE BAKER FAIRBANK
                                                                    United States District Judge